HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUONG TRAN, an individual; HUY TRAN, an individual; KET TRAN, an individual; and TRAM VO, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY; SPIRIT AEROSYSTEMS, INC.; ALASKA AIRLINES, INC., and JOHN DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00791<br><br>ORDER GRANTING STIPULATED MOTION FOR PARTIAL DISMISSAL |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Partial Dismissal. Based on the stipulation, it is hereby ORDERED that Plaintiffs' cause of action for fraud shall be dismissed without prejudice. This Order does not strike factual allegations in the Fourth Cause of Action (Paragraphs 55 through 68) of Plaintiffs' Complaint. It is further ORDERED that Defendant The Boeing Company's time to respond to Plaintiffs' Complaint shall be August 22, 2024. The parties will hold a Rule 26(f) conference within twenty (20) days of Defendant's response. Initial disclosures will be due within fourteen (14) days of the Rule 26(f) conference. The parties' joint status report and discovery plan will be due within seven (7) days of the Rule 26(f) conference.

ORDER – 1
(No. 2:24-cv-00791)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

IT IS SO ORDERED.

DATED this 5th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

| PERKINS COIE LLP | WEINSTEIN CAGGIANO PLLC |
|---|---|
| s/ *Christopher M. Ledford*<br>Christopher M. Ledford, Bar No. 44515<br>Mack H. Shultz, Bar No. 27190<br>Breanna C. Philips, Bar No. 58757<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>MShultz@perkinscoie.com<br>CLedford@perkinscoie.com<br>BPhilips@perkinscoie.com<br><br>*Counsel for Defendant The Boeing Company* | s/ *Brian D. Weinstein*<br>Brian D. Weinstein, WSBA No. 24497<br>Alexandra B. Caggiano, WSBA No. 47862<br>Dylan J. Johnson, WSBA No. 54147<br>600 University Street, Suite 1620<br>Seattle, Washington 98101<br>Phone: (206) 508-7070<br>Fax: (206) 237-8650<br><br>AND<br><br>WINSER BAUM<br><br>Ari Friedman, CA Bar No. 256463<br>Timothy Loranger, CA Bar No. 225422<br>To Be Admitted Pro Hac Vice<br>11111 Santa Monica Blvd., Suite 1750<br>Los Angeles, CA 90025<br><br>*Counsel for Plaintiffs* |

[PROPOSED] ORDER – 2
(No. 2:24-cv-00791)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on August 2, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: August 2, 2024

s/ *Christopher M. Ledford*

CERTIFICATE OF SERVICE
(No. 2:24-cv-00791)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000