HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CUONG TRAN, an individual; HUY TRAN, an individual; KET TRAN, an individual; and TRAM VO, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>THE BOEING COMPANY; SPIRIT AEROSYSTEMS, INC.; ALASKA AIRLINES, INC., and JOHN DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:24-cv-00791-RSM<br><br>**STIPULATED MOTION TO EXTEND COURT DEADLINES**<br><br>NOTE ON MOTION CALENDAR: 5/5/2025 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION TO
EXTEND COURT DEADLINES

WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233

## I.    RELIEF REQUESTED

The parties request the Court extend the court deadlines for joining additional parties and amending pleadings presently set for May 5, 2025, per the Court's November 4, 2024, Order Granting Stipulated Motion to Extend Court Deadlines [Dkt. 37]. Good cause exists to further extend these deadlines.

The Complaint in this action pertains to an aviation accident that occurred on January 5, 2024, and which is currently the subject of an ongoing investigation by the United States National Transportation Safety Board ("NTSB"). Defendants Boeing, Alaska, and Spirit are parties to the NTSB investigation of the accident. Federal law (49 U.S.C. § 1114(f) and 49 C.F.R. § 831.13) prohibits parties to an investigation from disclosing NTSB investigation-related information while the investigation is ongoing, unless the NTSB grants an exception. See Dkt. No. 1.

## II.    STATEMENT OF FACTS

This lawsuit is filed on behalf of certain passengers aboard Alaska Flight 1282 on January 5, 2024, when a mid-exit door plug ("MED plug") detached from the aircraft shortly after take-off.

On August 6 and 22, 2024, Defendants answered the complaint.

On September 6, 2024, the parties participated in a conference call and agreed to proposed case schedule dates.

On October 2, 2024, the parties forwarded to the court, their proposed scheduling dates. On October 7, 2024, the Court entered its Order setting the dates.

On October 9 and 10, 2024, the parties exchanged initial disclosures in which Defendants cited to federal law (including 49 U.S.C. § 1114(f) and 49 C.F.R. § 831.13), which prohibits Defendants from releasing information regarding the incident to anyone not a party to the NTSB investigation, unless the NTSB grants an exception.

On October 31, 2024, the parties filed a Stipulated Motion to Extend Court Deadlines extending the deadlines for joining additional parties and amending pleadings be extended six months to May 5, 2025.

STIPULATED MOTION TO
EXTEND COURT DEADLINES - 1

WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233

The NTSB investigation is still pending and the parties agree judicial efficiency will be served by striking the deadlines for joining additional parties and amending pleadings until after Defendants provide disclosures and discovery is underway.

### III. STATEMENT OF ISSUE

Should the Court strike the court deadlines for joining additional parties and amending pleadings presently set for May 5, 2025, per the Court's November 4, 2024, Order Granting Stipulated Motion to Extend Court Deadlines [Dkt. 37]. Answer: Yes.

### IV. LEGAL AUTHORITY

A Court's scheduling order may be modified under Federal Rule of Civil Procedure 16(b) "upon a showing of good cause." *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir.1992). Rule 16(b)' s "good cause" standard primarily considers the diligence of the party seeking the amendment. The court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16

The scheduling order was entered early in litigation. The parties have stipulated to multiple extensions of deadlines in part due to Defendants' concern that the ongoing NTSB investigation limits their ability to disclose potentially relevant information. Good cause is shown because the ability to identify other potential parties could be impacted by federal laws prohibiting disclosure of nonpublic information prior to the conclusion of the NTSB's investigation, unless the NTSB grants an exception.

### V. CONCLUSION

For the foregoing reasons, the parties respectfully request the Court to grant their Stipulated Motion. A proposed order accompanies this Motion.

Dated this 5th day of May 2025.

/s/ Timothy A. Loranger
Timothy A. Loranger, *admitted pro hac vice*
Ari S. Friedman, *admitted pro hac vice*

/s/ Christopher M. Ledford
Mack H. Shultz, WSBA #27190
Christopher M. Ledford, WSBA

STIPULATED MOTION TO
EXTEND COURT DEADLINES - 2

WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233

| | | |
|---|---|---|
| 1 | WISNER BAUM LLP | #44515 PERKINS COIE LLP |
| | 11111 Santa Monica Boulevard, Suite 1750 | 1201 Third Avenue, Suite 4900 |
| 2 | Los Angeles, CA 90025 | Seattle, WA 98101-3009 |
| | Telephone: 310.207.3233 | Telephone: 206.359.8000 |
| 3 | Facsimile: 310.820.7444 | Facsimile: 206.359.9000 |

WISNER BAUM LLP
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Telephone: 310.207.3233
Facsimile: 310.820.7444
TLoranger@wisnerbaum.com
AFriedman@wisnerbaum.com
**Co-Counsel for Tran Plaintiffs**

#44515 PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3009
Telephone: 206.359.8000
Facsimile: 206.359.9000
MShultz@perkinscoie.com
CLedford@perkinscoie.com
**Counsel for The Boeing Company**

*/s/ Brian D. Weinstein*
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Dylan J. Johnson, WSBA No. 54147
WEINSTEIN CAGGIANO PLLC
600 University Street, Suite 1620
Seattle, WA 98101
brian@weinsteincaggiano.com
alex@weinsteincaggiano.com
dylan@weinsteincaggiano.com
**Co-Counsel for Tran Plaintiffs**

/s/ *Caryn Geraghty Jorgensen*
Caryn Geraghty Jorgensen, WSBA #27514
Robert L. Bowman, WSBA #40079
Brett T. MacIntyre, WSBA #46572
McKenzi A. Hoover, WSBA #58635
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: 206.626.6000
Facsimile: 206.464.1496
caryn.jorgensen@stokeslaw.com
robert.bowman@stokeslaw.com
brett.macintyre@stokes.law.com
mckenzi.hoover@stokeslaw.com
**Counsel for Alaska Airlines, Inc.**

/s/ *Diane Westwood Wilson*
James E. Breitenbucher, WSBA #27670
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
jbreitenbucher@foxrothschild.com

Diane Westwood Wilson (admitted PHV)
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, NY 10017
 dwilson@foxrothschild.com

Mark A. Dombroff (admitted PHV)
Mark E. McKinnon (admitted PHV)
Morgan W. Campbell (admitted PHV)
FOX ROTHSCHILD LLP

STIPULATED MOTION TO
EXTEND COURT DEADLINES - 3



11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2020 K Street, Suite 500
Washington, DC 20006
mdombroff@foxrothschild.com
mmckinnon@foxrothschild.com
**Counsel for Spirit Aerosystems, Inc.**

STIPULATED MOTION TO
EXTEND COURT DEADLINES - 4

WISNER
WB BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233

HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CUONG TRAN, an individual; HUY TRAN, an individual; KET TRAN, an individual; and TRAM VO, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT,<br><br>           Plaintiffs,<br>    v.<br><br>THE BOEING COMPANY; SPIRIT AEROSYSTEMS, INC.; ALASKA AIRLINES, INC., and JOHN DOES 1-10,<br><br>           Defendants. | CASE NO.: 2:24-cv-00791-RSM<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND COURT DEADLINES** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND COURT DEADLINES - 1



11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233

THIS MATTER having come before the court on the parties Stipulated Motion to Extend Court Deadlines. The Court considered the pleadings filed in this action and the evidence contained therein.

The Court finds that good cause exists to allow for the requested extension.

Based on the above finding, it is hereby ORDERED that the deadlines for joining additional parties and amending pleadings presently set for May 5, 2025, shall be extended to August 4, 2025.

DONE IN OPEN COURT this ____day of May, 2025.

---

THE HONORABLE RICARDO S. MARTINEZ
Judge

| | |
|---|---|
| */s/ Timothy A. Loranger* | */s/ Brian D. Weinstein* |
| Timothy A. Loranger, *admitted pro hac vice* | Brian D. Weinstein, WSBA No. 24497 |
| Ari S. Friedman, *admitted pro hac vice* | Alexandra B. Caggiano, WSBA No. 47862 |
| WISNER BAUM LLP | Dylan J. Johnson, WSBA No. 54147 |
| 11111 Santa Monica Boulevard, Suite 1750 | WEINSTEIN CAGGIANO PLLC |
| Los Angeles, CA 90025 | 600 University Street, Suite 1620 |
| Telephone: 310.207.3233 | Seattle, WA 98101 |
| Facsimile: 310.820.7444 | brian@weinsteincaggiano.com |
| TLoranger@wisnerbaum.com | alex@weinsteincaggiano.com |
| AFriedman@wisnerbaum.com | dylan@weinsteincaggiano.com |
| **Co-Counsel for Tran Plaintiffs** | **Co-Counsel for Tran Plaintiffs** |

APPROVED AS TO FORM:

| | |
|---|---|
| Mack H. Shultz, WSBA #27190 Christopher M. Ledford, WSBA #44515 | Caryn Geraghty Jorgensen, WSBA #27514 |
| PERKINS COIE LLP | Robert L. Bowman, WSBA #40079 |
| 1201 Third Avenue, Suite 4900 | Brett T. MacIntyre, WSBA #46572 |
| Seattle, WA 98101-3009 | McKenzi A. Hoover, WSBA #58635 |
| | STOKES LAWRENCE, P.S. |



| | |
|---|---|
| MShultz@perkinscoie.com <br> CLedford@perkinscoie.com <br> **Counsel for The Boeing Company** | 1420 Fifth Avenue, Suite 3000 <br> Seattle, WA 98101-2393 <br> caryn.jorgensen@stokeslaw.com <br> robert.bowman@stokeslaw.com <br> brett.macintyre@stokes.law.com <br> mckenzi.hoover@stokeslaw.com <br> <br> **Counsel for Alaska Airlines, Inc.** |

James E. Breitenbucher, WSBA #27670 FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
jbreitenbucher@foxrothschild.com

Diane Westwood Wilson (admitted PHV) FOX ROTHSCHILD LLP 101 Park Avenue, 17th Floor
New York, NY 10017
dwilson@foxrothschild.com

Mark A. Dombroff (admitted PHV) Mark E. McKinnon (admitted PHV) Morgan W. Campbell (admitted PHV) FOX ROTHSCHILD LLP
2020 K Street, Suite 500
Washington, DC 20006
mdombroff@foxrothschild.com
mmckinnon@foxrothschild.com

**Co-Counsel for Spirit Aerosystems, Inc.**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND COURT DEADLINES - 3



11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: 310.207.3233