UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUONG TRAN, an individual;<br>HUY TRAN, an individual;<br>KET TRAN, an individual; and,<br>TRAM VO, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT,<br><br>            Plaintiffs,<br>  v.<br><br>THE BOEING COMPANY;<br>SPIRIT AEROSYSTEMS, INC.;<br>ALASKA AIRLINES, INC.; and<br>JOHN DOES 1-10,<br><br>            Defendants. | Case No.: 2:24-cv-00791-RSM<br><br>ORDER GRANTING STIPULATION TO RE-DESIGNATE CASE FROM BENCH TRIAL TO JURY TRIAL |

THIS MATTER comes before the court on the parties' Stipulation to Re-Designate Case From Bench Trial to Jury Trial. The Court considered the pleadings filed in this action and the evidence contained therein.

Having considered the pleadings filed in this action, the Joint Status report and the evidence contained therein, the Court hereby ORDERS that this case be designed for a jury trial.

DATED this 18th day of November, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO RE-DESIGNATE CASE AS JURY TRIAL- 1