UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUONG TRAN, an individual; HUY TRAN, an individual; KET TRAN, an individual; and TRAM VO, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY; SPIRIT AEROSYSTEMS, INC.; ALASKA AIRLINES, INC.; and JOHN DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00791-RSM<br><br>STIPULATED MOTION AND ORDER TO REVISE CASE SCHEDULE |

## I.    INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(1), 7(j), 10(g), and 16(b)(6), Plaintiffs Cuong Tran, an individual; Huy Tran, an individual; Ket Tran, an individual; and Tram Vo, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT ("Plaintiffs"), and Defendants The Boeing Company ("Boeing"), Spirit AeroSystems, Inc. ("Spirit"), and Alaska Airlines, Inc. ("Alaska") ("Defendants") (collectively, "the Parties"), jointly move the Court for an order revising the case schedule set forth in the Court's October 7, 2024 Order Setting Trial Date and Related Dates (Dkt. 35). Based on the nature of the claims and defenses at issue in the litigation, the discovery that each party believes is necessary to prosecute

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –1

the litigation, and the trial schedules in related cases, the Parties have agreed to request that the Court extend the current case schedule so that trial is set for mid-July 2027. For the reasons set forth below, good cause exists for this schedule extension.

## II.    LEGAL STANDARD

"The decision to modify a scheduling order is within the broad discretion of the district court." *James v. Nationwide Affinity Ins. Co. of Am.*, No. C22-772-RSM, 2023 WL 5020403, at *1 (W.D. Wash. July 31, 2023) (Martinez, J.) (citation omitted). The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Id*. (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Local Civil Rule 7(j) establishes that "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline."

## III.    ARGUMENT

Good cause exists to grant this schedule extension. This case is one of 26 currently pending cases relating to the mid-exit door (MED) plug separation on Alaska Airlines Flight 1282 that occurred on January 5, 2024. *See* Dkts. 50, 51.[1] This case was filed on June 5, 2024, but discovery was delayed for an extended period due to the NTSB investigation of the accident, which restricted disclosure of certain investigation related information. Since those restrictions were lifted, the Parties have begun diligently conducting discovery. Parties from both sides have served written

---

[1] One other case, *Romero, et al. v. Alaska Airlines, Inc., et al.*, No. 2:26-cv-00786-LK, is currently pending in this District before the Honorable Lauren King. Dkt 51. The Parties believe that transferring *Romero* from the Honorable Lauren King to this Court as related to this first filed and pending action (*Tran*) would eliminate unnecessary duplication of effort and expense; reduce the burden on the Court, parties, and witnesses; reduce delay; and mitigate the risk of conflicting results. This is further reason to extend the schedule in this case, as it would allow both cases to follow roughly the same schedule for discovery.

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –2

discovery requests, but because the form of the protective order is still to be resolved, the Parties have not yet exchanged documents. Progress has also been slow in part due to the need for coordination of discovery among many other cases arising from the same accident that are currently pending in multiple jurisdictions, including fifteen other cases pending in Washington state and federal court alone involving over 100 plaintiffs. *See* Dkts. 50, 51. The parties have been engaged in discussions regarding the scheduling of certain depositions. But in an effort to avoid making the same witnesses sit for multiple depositions on the same topics, the Parties have been working together with the counsel in these other cases to facilitate joint depositions of liability-related witnesses. Those depositions are expected to begin in the summer of 2026. And in the coming months, Defendants will likely need to take hundreds of damages depositions across all these cases. To allow the necessary discovery to happen in a coordinated way, more time is needed.

For similar reasons, there is also good cause to move the trial date. Selection of a new trial date will require similar levels of coordination because same defense counsel is involved in all these cases, several of which are already set for trial in 2027. For example, the related case with the most plaintiffs, *Anderson, et al. v. The Boeing Company, et al.*, 25-2-00061-3 (King Cty. Sup. Ct.) (47 plaintiffs) is set for trial on February 1, 2027, with trial expected to last approximately 8 weeks. The related case with the second most plaintiffs, *Talley, et al. v. The Boeing Company, et al.*, 24-2-00985-0SEA (King Cty. Sup.Ct.) (38 plaintiffs) is set for trial on May 3, 2027, with that trial expected to last approximately 6 weeks. And a consolidated set of cases involving four plaintiffs, *Vasconcellos v. The Boeing Company*, 25-2-22025-7SEA (King Cty. Sup. Ct.) (Lead Case); *Fisher v. The Boeing Company*, 25-2-22022-2SEA (King Cty. Sup. Ct); *Hughes v. The Boeing Company*, 25-2-22023-1SEA (King Cty. Sup. Ct.); and *Maller v. The Boeing Company*, 25-2-22024-9SEA (King Cty. Sup. Ct.), are set for trial starting on September 14, 2027. The trial dates in the remaining related cases are either yet to be set or are expected to be reset so that they are tried sequentially after these trials.

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –3

Given these considerations, the Parties have stipulated and jointly request the Court to move the deadline to complete fact discovery and other pretrial deadlines by several months and reset the trial date for this matter to July 2027—in between the trials currently set for the *Talley* and *Vasconcellos* cases. Because the Parties agree that the schedule should be extended and trial should be reset, this motion should be granted. *See James*, 2023 WL 5020403, at *1 ("Because the request for a trial continuance appears unopposed, it will be GRANTED.").

No party alleges they would be prejudiced by the proposed schedule extension. To the contrary, extending the case schedule will benefit both the Parties and the Court's by allowing the development of a more complete record, while minimizing the burden on the parties and witnesses in the various related cases. *See Reed v. Kariko*, No. 3:20-CV-5580-BHS-DWC, 2021 WL 3563089, at *2 (W.D. Wash. June 30, 2021) (granting Defendants' motion to amend pretrial scheduling order to provide all parties extra time to complete discovery, file a motion to compel, and submit dispositive motions because, *inter alia*, an extension would not prejudice Plaintiff, "[i]n fact, an extension at this stage would benefit Plaintiff, as he will have the opportunity to review to review [sic] Defendants' substantive discovery responses . . . and still challenge those responses" and "Plaintiff may also engage in additional discovery"); *St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB, 2018 WL 6518118, at *1 (W.D. Wash. Dec. 11, 2018) ("An extension of the remaining court deadlines is appropriate to allow the parties to complete discovery and engage in further discussions related to resolution.").

This request is timely because this motion is being filed two months before the current May 18, 2026 discovery deadline, and six months before the current trial date, allowing the Court sufficient time to decide the motion and effectively manage its own trial calendar. *See* LCR 7(j); *Young v. Pena*, No. C18-1007JLR, 2019 WL 461161, at *2 (W.D. Wash. Feb. 6, 2019) (granting motion for relief from a deadline in part because the motion was timely filed five days before the deadline). Moreover, the parties are requesting a trial date that is well into 2027 and that avoids

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –4

federal holidays, thereby reducing disruption of the court's own schedule and being mindful of the impacts on potential jurors.

For these reasons, good cause exists to revise the case schedule. Accordingly, the Parties respectfully request that the Court enter an order modifying the schedule as follows:

| Deadline | Current Dates | New Dates |
|---|---|---|
| JURY TRIAL DATE | September 14, 2026 | July 12, 2027[2] |
| Length of Trial | TBD | TBD |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 18, 2026 | January 13, 2027 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | April 17, 2026 | February 12, 2027 |
| Discovery completed by | May 18, 2026 | March 15, 2027 |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | June 16, 2026 | April 13, 2027 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | July 31, 2026 | May 28, 2027 |
| All motions in limine must be filed by and noted on the motion calendar no later than 21 days thereafter | August 17, 2026 | June 14, 2027 |
| Agreed pretrial order due | September 2, 2026 | June 30, 2027 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | September 9, 2026 | July 7, 2027 |

[2] Acknowledging that the Court may not be available on this date, the Parties alternatively are available for trial on July 19, 2027. Should the Court decide to set trial for July 19, 2027, the Parties request that each pretrial date be set for one week later as well.

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –5

## IV.   CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court revise the case schedule as set forth above.

DATED: March 18, 2026
By: s/ *Ari Friedman*
Brian D. Weinstein
Alexandra B. Caggiano
Dylan J. Johnson
**Weinstein Caggiano**
600 University Street, Suite 1620
Seattle, WA 98101
brian@weinsteincaggiano.com
alex@weinsteincaggiano.com
dylan@weinsteincaggiano.com

*and*

Ari Friedman
Timothy Loranger
**Wisner Baum**
11111 Santa Monica Blvd, Suite 1750
Los Angeles, CA 90025
afriedman@wisnerbaum.com
Tloranger@wisnerbaum.com

*Attorneys for Plaintiffs*

By: s/ *Alletta S. Brenner*
Michael S. Paisner, WSBA No. 48822
Alletta S. Brenner, WSBA No. 59772
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone +1.206.359.8000
Facsimile +1.206.359.9000
MPaisner@perkinscoie.com
ABrenner@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –6

By: s/ *Brett T. MacIntyre*
Caryn Geraghty Jorgensen
Brett T. MacIntyre
Rachael R. Wallace
McKenzi A. Hoover
**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
caryn.jorgensen@stokeslaw.com
brett.macintyre@stokeslaw.com
rachael.wallace@stokeslaw.com
mckenzi.hoover@stokeslaw.com

*Attorneys for Defendant Alaska Airlines, Inc.*

By: s/ *Diane Westwood Wilson*
James E. Breitenbucher
**Fox Rothschild LLP**
1001 4th Avenue Suite 4400
Seattle, WA 98154
jbreitenbucher@foxrothchild.com

Diane Westwood Wilson
**Fox Rothschild LLP**
101 Park Avenue, 17th Fl
New York, NY 10178
dwilson@foxrothschild.com

Mark Dombroff
Mark McKinnon
**Fox Rothchild LLP**
2020 K Street NW Suite 500
Washington DC 20006
mdombroff@foxrothschild.com
mmckinnon@forxrothschild.com

*Attorneys for Defendant Spirit AeroSystems, Inc.*

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –7

**ORDER**

Based upon the foregoing Stipulation, the Court hereby modifies the case schedule as set forth above.

IT IS SO ORDERED.

DATED this 20th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
(No. 2:24-cv-00791-RSM) –8