THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CUONG TRAN, an individual; HUY TRAN, an individual; KET TRAN, an individual; and TRAM VO, individually, and as Guardian on behalf of her three, minor children KT, ET, and VT,

Plaintiffs,

v.

THE BOEING COMPANY; SPIRIT AEROSYSTEMS, INC.; ALASKA AIRLINES, INC.; and JOHN DOES 1-10,

Defendants.

No. 2:24-cv-00791-RSM

**DEFENDANT THE BOEING COMPANY'S NOTICE OF PENDENCY OF OTHER ACTIONS**

Pursuant to Western District of Washington Local Civil Rule 3(h), Defendant The Boeing Company ("Boeing") identifies the following actions as related to the one at issue:

1. *Margarita Anderson, et al. v. The Boeing Company, et al.*, 25-2-00061-3 KNT (King Cty. Sup. Ct.). The following case has been consolidated with *Anderson*: *Damon Griffin v. The Boeing Company, et al.*, 26-2-01210-5 SEA (King Cty. Sup. Ct.).

2. *Ernest Talley, et al. v. The Boeing Company, et al.*, 24-2-00985-0 SEA (King Cty. Sup. Ct.).

3. *Christine Vasconcellos v. The Boeing Company*, 25-2-22025-7 SEA (King Cty. Sup. Ct.). The following cases were consolidated with *Vasconcellos* for pre-trial purposes:

NOTICE OF PENDENCY
OF OTHER ACTIONS
(No. 2:24-cv-00791-RSM) – 1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

*Adam Fisher v. The Boeing Company*, 25-2-22022-2 SEA (King Cty. Sup. Ct.); *Michelle Hughes v. The Boeing Company*, 25-2-22023-1 SEA (King Cty. Sup. Ct.); and *Steven Maller v. The Boeing Company*, 25-2-22024-9 SEA (King Cty. Sup. Ct.).

4. *Salvador Olivas Jr., et al. v. The Boeing Company, et al.*, 25-2-29762-4 SEA (King Cty. Sup. Ct.).

5. *Joan Marin, et al. v. The Boeing Company, et al.*, 25-2-35294-3 SEA (King Cty. Sup. Ct.).

6. *Hyun Choe, et al. v. The Boeing Company, et al.*, 25-2-35321-4 SEA (King Cty. Sup. Ct.).

7. *Dave McCoy, et al. v. The Boeing Company, et al.*, 25-2-39408-5 SEA (King Cty. Sup. Ct.).

8. *Kelly Bartlett, et al. v. The Boeing Company, et al.*, 25-2-39609-6 KNT (King Cty. Sup. Ct.).

9. *Jian-Wei Kohr, et al. v. The Boeing Company, et al.*, 26-2-00710-1 KNT (King Cty. Sup. Ct.).

10. *Jeffrey Erickson, et al. v. The Boeing Company, et al.*, 26-2-05121-6 KNT (King Cty. Sup. Ct.).

11. *Nicholas Hoch, et al. v. The Boeing Company, et al.*, 25CV32729 (Multnomah Cty. Cir. Ct.).

12. *Sergio Gaspar, et al. v. The Boeing Company, et al.*, 25CV34862 (Multnomah Cty. Cir. Ct.).

13. *Brandon Fisher v. The Boeing Company, et al.*, 3:26-cv-00199 (D. Or.). The parties have jointly moved to transfer the case to this Court. *See Fisher v. Boeing Co.*, No. 3:26-cv-00199 (D. Or. May 15, 2026), Dkt. 19.

14. *Salvador Olivas Jr., et al. v. The Boeing Company, et al.*, 5:25-cv-01019-WLH-AGR (C.D. Cal.). Boeing was dismissed from this case for lack of personal jurisdiction. Only

NOTICE OF PENDENCY
OF OTHER ACTIONS
(No. 2:24-cv-00791-RSM) – 2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Alaska Airlines, Inc., remains a defendant. Plaintiffs and Alaska Airlines, Inc., filed a joint motion to voluntarily dismiss on February 5, 2026.

15. *Gilbert Marin, et al. v. The Boeing Company, et al.*, 5:25-cv-01480-WLH-AGR (C.D. Cal.). Boeing and Spirit AeroSystems, Inc., were dismissed from this case for lack of personal jurisdiction. Only Alaska Airlines, Inc., remains a defendant.

16. *Hyun Choe, et al. v. Alaska Airlines, et al.*, 5:25-cv-01479-WLH-AGR (C.D. Cal.). Boeing and Spirit AeroSystems, Inc., were dismissed from this case for lack of personal jurisdiction. Only Alaska Airlines, Inc., remains a defendant.

17. *Emily Wiprud v. Spirit AeroSystems, Inc.*, SG-2025-cv-003338 (Sedgwick Cty., KS Dist. Ct.).

18. *Emily Wiprud v. The Boeing Company*, 1:26-cv-00643 (N.D. Ill.).

19. *Vi Nguyen v. The Boeing Company*, 26-2-09749-6 KNT (King Cty. Sup. Ct.).

20. *Stephanie Dye v. The Boeing Company*, 26-2-15242-0 SEA (King Cty. Sup. Ct.)

The above actions involve claims arising from the separation of a mid-exit door (MED) plug from Alaska Airlines Flight 1282 on January 5, 2024. Plaintiffs in the above-listed actions are passengers, family members of passengers, or members of the flight crew. The above-listed actions therefore concern the same subject matter as this action.

At this time, Boeing does not intend to seek transfer of these other cases pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings.

NOTICE OF PENDENCY
OF OTHER ACTIONS
(No. 2:24-cv-00791-RSM) – 3

Dated: May 15, 2026

By: s/ *Alletta S. Brenner*

Michael S. Paisner, Bar No. 48822
Alletta S. Brenner, Bar No. 59772
Renée E. Rothauge, Bar No. 20661
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
MPaisner@perkinscoie.com
ABrenner@perkinscoie.com
RRothauge@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

NOTICE OF PENDENCY
OF OTHER ACTIONS
(No. 2:24-cv-00791-RSM) – 4

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000